**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-2423**

---

DELICIA ULRICH YANGHAT MBOUMBA,

Petitioner,

versus

JOHN ASHCROFT, Attorney General,

Respondent.

---

On Petition for Review of an Order of the Board of Immigration
Appeals. (A75-840-539)

---

Submitted: August 19, 2003          Decided: November 17, 2003

---

Before WILKINSON, NIEMEYER, and TRAXLER, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Yurika S. Cooper, IMMIGRATION LAW GROUP, P.C., Washington, D.C.,
for Petitioner. Robert D. McCallum, Jr., Assistant Attorney
General, David V. Bernal, Assistant Director, Kurt B. Larson,
Office of Immigration Litigation, UNITED STATES DEPARTMENT OF
JUSTICE, Washington, D.C., for Respondent.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Delicia Ulrich Yanghat Mboumba, a native and citizen of the Republic of Congo, petitions for review of a final order of the Board of Immigration Appeals affirming the Immigration Judge's denial of asylum and withholding of removal.

Mboumba takes issue with the finding that she failed meet her statutory burden and establish her eligibility for the relief sought. Upon our review, we find the record supports the denial of relief. 8 U.S.C. § 1252(b)(4) (2000); see Matter of Y-B-, 21 I. & N. Dec. 1136, 1139 (BIA 1998); Matter of S-M-J-, 21 I. & N. Dec. 722, 724-26 (BIA 1997).

We accordingly deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2